# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEITH MORVANT

NO. 2021 KW 0425

MAY 26, 2021

---

In Re:   Keith Morvant, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 598,021.

---

**BEFORE:   CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** "Any person adversely affected by a search or seizure conducted in violation of this Section shall have standing to raise its illegality in the appropriate court." La. Const. art. I, § 5. Accordingly, the district court's ruling on the motion to suppress is vacated, and this matter is remanded for a reopened hearing on the issue of the warrantless seizure of the cell phone.

**AHP**
**WIL**

**Chutz, J.,** dissents. While I agree with the majority's conclusion on the issue of standing, under the facts of this case, the trial court did not abuse its discretion by denying the motion to suppress.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT